

FILED

06/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

IN RE PETITION OF KATIE D. FIGGINS FOR
REINSTATEMENT TO ACTIVE STATUS IN
THE BAR OF MONTANA

ORDER

FILED

JUN 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Katie D. Figgins has petitioned this Court for reinstatement to active status in the State Bar of Montana. Figgins voluntarily resigned her bar membership on July 18, 2017. The Petition states that Figgins is not currently subject to disciplinary proceedings, has not committed any acts or omissions sanctionable under the Rules of Professional Conduct, been charged with a criminal offense, accrued delinquent debt or filed for bankruptcy, or failed to fulfill the obligations of a public office or professional license other than as an attorney, while not on active status. Therefore,

IT IS HEREBY ORDERED that the petition of Katie D. Figgins for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time she was on inactive status.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 23rd day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices